# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>JAMES M CASTELLO | CASE NO: 24-11693<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 17 |

On 3/29/2024, I did cause a copy of the following documents, described below,

Order Respecting Amendment to Voluntary Petition and/or Statement About Your Social Security Numbers and Amended Statement About Your Social Security Numbers ECF Docket Reference No. 17

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/29/2024

/s/ Jonathan Goldsmith Cohen, Esquire
Jonathan Goldsmith Cohen, Esquire
Attorney for Debtor
I. Mark Cohen Law Group
1 Executive Drive, Suite 6
Tinton Falls, NJ  07701
732 741 9500
jgc@imclawgroup.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>JAMES M CASTELLO | CASE NO: 24-11693<br><br>**CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 17 |

On 3/29/2024, a copy of the following documents, described below,

Order Respecting Amendment to Voluntary Petition and/or Statement About Your Social Security Numbers and Amended Statement About Your Social Security Numbers ECF Docket Reference No. 17

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/29/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan Goldsmith Cohen, Esquire
I. Mark Cohen Law Group
1 Executive Drive, Suite 6
Tinton Falls, NJ  07701

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-11693<br>DISTRICT OF NEW JERSEY<br>FRI MAR 29 9-50-57 PST 2024 | AFFINITY FEDERAL CREDIT UNION<br>CO SALDUTTI LAW GROUP<br>1040 NORTH KINGS HIGHWAY<br>SUITE 100<br>CHERRY HILL   NJ  08034-1925 | ~~(U)PNC BANK  NATIONAL ASSOCIATION~~ |
| EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~402 EAST STATE STREET~~<br>~~TRENTON  NJ  08608-1507~~ | AFFINITY FEDERAL CREDIT UNION<br>73 MOUNTAIN VIEW BLVD<br>BASKING RIDGE   NJ  07920-2332 | AFFINITY FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>73 MOUNTAINVIEW BOULEVARD<br>BASKING RIDGE   NJ  07920-2332 |
| AFFINITY FEDERAL CREDIT UNION<br>CO SALDUTTI LAW GROUP<br>1040 KINGS HIGHWAY N  SUITE 100<br>CHERRY HILL   NJ  08034-1925 | CAP1WSI<br>PO BOX 31293<br>SALT LAKE CITY   UT  84131-0293 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY   UT  84130-0285 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY   UT  84131-0293 | CHEXSYSTEMS   INC<br>ATTN CUSTOMER RELATIONS<br>7805 HUDSON ROAD   SUITE 100<br>WOODBURY   MN  55125-1595 | CITI CARDBEST BUY<br>ATTN CITICORP CR SRVS CENTRALIZED BANK<br>PO BOX 790040<br>ST LOUIS   MO  63179-0040 |
| CITI CARDBEST BUY<br>PO BOX 6497<br>SIOUX FALLS   SD  57117-6497 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY   OH   43054-3025 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY   OH  43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY   OH  43054-3025 | DISCOVER FINANCIAL<br>PO BOX 30939<br>SALT LAKE CITY   UT  84130-0939 | (P)EQUIFAX   INC<br>1550 PEACHTREE STREET NE<br>ATLANTA   GA  30309 |
| EXPERIAN<br>PROFILE MAINTENANCE<br>PO BOX 9558<br>ALLEN   TX  75013-9558 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA  19101-7346 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY  14228-2307 |
| EXCLUDE<br>~~(D)(P)MT BANK~~<br>~~LEGAL DOCUMENT PROCESSING~~<br>~~626 COMMERCE DRIVE~~<br>~~AMHERST NY  14228-2307~~ | EXCLUDE<br>~~(U)M1DESERVE CELTIC BANK~~ | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH  44101-4982 |
| PNC FINANCIAL<br>PNC CB INVESTIGATIONS<br>CLEVELAND   OH  44101 | EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH  44101-4982~~ | EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH  44101-4982~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)STATE OF NEW JERSEY    DIVISION OF
TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

STATE OF NEW JERSEY DIVISION OF
TAXATION
PO BOX 261
TRENTON   NJ 08695-0261

(P)TRANSUNION
555 W ADAMS
CHICAGO IL 60661-3631

(P)US DEPT OF HOUSING AND URBAN
DEVELOPMENT REG II
OFFICE OF GENERAL COUNSEL
26 FEDERAL PLAZA ROOM 3500
NEW YORK NY 10278-0068

EXCLUDE
US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK  NJ 07102-5235

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON  NJ 08650-4853

DEBTOR
JAMES M CASTELLO
212 MILLSTONE RD
MILLSTONE TOWNSHIP  NJ 08535-8512

EXCLUDE
JONATHAN GOLDSMITH COHEN
I MARK COHEN LAW GROUP
1 EXECUTIVE DRIVE SUITE 6
TINTON FALLS  NJ 07701-4938