UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

Case No.: 24-11693

Chapter: 13

In Re:

JAMES M. CASTELLO,
                        Debtor.

Adv. No.: _____

Hearing Date: 6/26/24; 2:00 PM

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, __Tricia E. DeRasmo__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jonathan Goldsmith Cohen__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 28, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    First Application for Compensation for Jonathan Goldsmith Cohen, Debtor's Attorney, Exhibit A, Exhibit B and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 5/28/24

/s/Tricia E. DeRasmo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James M. Castello<br>212 Millstone Rd.<br>Millstone Twp., NJ 08535 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |