| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>I. Mark Cohen Law Group<br>Jonathan Goldsmith Cohen, Esq.<br>1 Executive Drive, Suite 6<br>Tinton Falls, New Jersey 07701<br>(732) 741-9500/(732) 741-0226 (Fax)<br>jgc@imclawgroup.com<br>Attorney for Debtor | Order Filed on June 27, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JAMES M. CASTELLO<br>       Debtor. | Case No.: 24-11693<br>Chapter: 13<br>Judge: MBK |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 27, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan Goldsmith Cohen, Esquire_____, the applicant, is allowed a fee of $ _____9,211.45_____ for services rendered and expenses in the amount of $_____363.00_____ for a total of $_____9,574.45_____ . The allowance is payable:

☒ $4,111.45 through the Chapter 13 plan as an administrative priority.

☒ $5,463.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for __N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*

2