UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

In Re:

JAMES M. CASTELLO,
                              Debtor.

Case No.:      24-11693
Chapter:           13
Adv. No.:      _____
Hearing Date:  8/14/24; 9:00 am
Judge:            MBK

## CERTIFICATION OF SERVICE

1. I, __Tricia E. DeRasmo__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jonathan Goldsmith Cohen__, who represents ____Debtor____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __August 8, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Chapter 13 Debtor's Certification in Opposition

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __8/8/24__                                    /s/Tricia E. DeRasmo
                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for PNC Bank, National Association | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James M. Castello<br>212 Millstone Rd.<br>Millstone Twp., NJ 08535 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |