UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

James Castello,

Debtor.

Case No.:    24-11693-MBK

Chapter:    13

Hearing Date:    8/28/2024

Judge:    Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 212 Millstone Road (Docket # 43)

_____

Date: 08/22/2024                            /s/ Denise Carlon
                                            Signature

*rev.8/1/15*