| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-11693 / MBK**

James M. Castello

Petition Filed Date: 02/22/2024
341 Hearing Date: 03/21/2024
Confirmation Date: 05/22/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/10/2024 | $3,226.00 | | 04/18/2024 | $3,220.00 | | 06/03/2024 | $3,220.00 | |
| 07/29/2024 | $4,833.00 | | 08/28/2024 | $3,000.00 | | 09/30/2024 | $5,000.00 | |
| 12/10/2024 | $4,800.00 | | 12/30/2024 | $7,000.00 | | | | |

**Total Receipts for the Period: $34,299.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,949.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James M. Castello | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq.<br>»» AMD DISCLOSURE 2/24/24/ORDER 6/27/24 | Attorney Fees | $4,111.45 | $4,111.45 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/212 MILLSTONE RD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | AFFINITY FEDERAL CREDIT UNION<br>»» 2023 RANGE ROVER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | Unsecured Creditors | $8,210.52 | $0.00 | $8,210.52 |
| 4 | DISCOVER BANK | Unsecured Creditors | $28,368.36 | $0.00 | $28,368.36 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2011-2013, 2016,2018-2022/PAY IN FULL | Secured Creditors | $108,732.49 | $15,587.30 | $93,145.19 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2023 | Priority Creditors | $10,718.00 | $0.00 | $10,718.00 |
| 7 | NJ DIVISION OF TAXATION<br>»» 2016, 2019 | Secured Creditors | $3,156.12 | $452.44 | $2,703.68 |
| 8 | NJ DIVISION OF TAXATION<br>»» 2020-2023 | Priority Creditors | $18,803.91 | $0.00 | $18,803.91 |
| 9 | NJ DIVISION OF TAXATION<br>»» 2021, 2013 | Unsecured Creditors | $623.46 | $0.00 | $623.46 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $974.86 | $0.00 | $974.86 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $14,412.09 | $0.00 | $14,412.09 |
| 12 | M&T BANK<br>»» P/212 MILLSTONE RD/1ST MTG | Mortgage Arrears | $4,353.18 | $624.05 | $3,729.13 |
| 13 | PNC BANK, NATIONAL ASSOCIATION | Unsecured Creditors | $4,583.58 | $0.00 | $4,583.58 |
| 14 | PNC BANK, NA<br>»» P/212 MILLSTONE RD/3RD MTG/ORDER 4/10/24/SV 12/5/24 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $1,314.59 | $188.45 | $1,126.14 |

**Chapter 13 Case No. 24-11693 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $711.34 | $0.00 | $711.34 |
| 16 | PNC BANK, NA<br>»» 212 MILLSTONE RD/PP ARREARS 9/4/24/AMD 10/1/24/SV 12/5/24 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $7,921.00 | $522.85 | $7,398.15 |
| 0 | Jonathan Goldsmith Cohen, Esq.<br>»» ORDER 11/13/24 | Attorney Fees | $3,033.00 | $0.00 | $3,033.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,949.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $21,486.54 | Current Monthly Payment: | $4,740.00 |
| Paid to Trustee: | $2,410.70 | Arrearages: | $5,417.00 |
| Funds on Hand: | $15,051.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!
Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

