Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−11693−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James M. Castello
   212 Millstone Rd.
   Millstone Township, NJ 08535

Social Security No.:
   xxx−xx−0981

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       4/23/25
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Debtor's Attorney,

COMMISSION OR FEES
$2936.15,

EXPENSES
$50.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 26, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James M. Castello  
    Debtor

Case No. 24-11693-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Mar 26, 2025     Form ID: 137     Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Castello, 212 Millstone Rd., Millstone Township, NJ 08535-8512 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 520170602 | | State of New Jersey Division of Taxation, PO Box 261, Trenton, NJ 08695-0261 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Mar 26 2025 20:53:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520170604 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 26 2025 20:53:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 520178106 | + | Email/Text: rmcdowell@slgcollect.com | Mar 26 2025 20:53:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520170581 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 26 2025 20:53:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 520170582 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2025 20:56:44 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520170583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2025 21:09:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520170585 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2025 20:56:44 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520213995 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 26 2025 21:10:37 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520170587 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 26 2025 20:53:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520170589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2025 21:10:04 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520170588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2025 21:11:16 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520236833 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2025 21:09:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520190730 | | Email/Text: mrdiscen@discover.com | Mar 26 2025 20:53:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520178370 | | Email/Text: mrdiscen@discover.com | Mar 26 2025 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520170592 | + | Email/Text: mrdiscen@discover.com | Mar 26 2025 20:53:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520170590 | + | Email/Text: mrdiscen@discover.com | Mar 26 2025 20:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520170594 | | Email/Text: bankruptcycourts@equifax.com | Mar 26 2025 20:53:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520170595 | ^ | MEBN | Mar 26 2025 20:52:48 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520170596 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2025 20:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520170605 | | Email/Text: camanagement@mtb.com | Mar 26 2025 20:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520218495 | | Email/Text: camanagement@mtb.com | Mar 26 2025 20:53:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 520170597 | | Email/Text: camanagement@mtb.com | Mar 26 2025 20:53:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520235810 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520232492 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520170599 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520170600 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 520170606 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520170601 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520206436 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 26 2025 20:53:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520170603 | | Email/Text: DASPUBREC@transunion.com | Mar 26 2025 20:52:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520171327 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 26 2025 20:56:44 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520170598 | | M1/Deserve Celtic Bank |
| 520170584 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520170586 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520170593 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520170591 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2025 | Form ID: 137 | Total Noticed: 36 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew P. Chigounis | on behalf of Creditor Affinity Federal Credit Union achigounis@slgcollect.com  anovoa@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor James M. Castello imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8