UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

**Order Filed on April 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:


JAMES M. CASTELLO
                     Debtor.

Case No.:        24-11693

Chapter:             13

Judge:             MBK

---

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES


The relief set forth on the following page is **ORDERED**.


**DATED: April 23, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 24-11693-MBK   Doc 69   Filed 04/23/25   Entered 04/23/25 15:48:06   Desc Main
Document      Page 2 of 2

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan Goldsmith Cohen, Esquire_____ , the applicant, is allowed a fee of $ _____2936.15_____ for services rendered and expenses in the amount of $_____50.00_____ for a total of $_____2,986.15_____ . The allowance is payable:

☒   $2,986.15 through the Chapter 13 plan as an administrative priority.

☐   $0.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____4,841.00_____ per month for ____33_____ months to allow for payment of the above fee.

*rev.8/1/15*