UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

In Re:

JAMES M. CASTELLO,
                                    Debtor.

Case No.: 24-11693
Chapter: 13
Adv. No.: _____
Hearing Date: _____
Judge: MBK

## CERTIFICATION OF SERVICE

1. I, __Tricia E. DeRasmo__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jonathan Goldsmith Cohen__, who represents __Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 24, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 13 Debtor's Certification in Opposition, Exhibit A and Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/24/25                              /s/Tricia E. DeRasmo
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for PNC Bank, National Association | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James M. Castello<br>212 Millstone Rd.<br>Millstone Twp., NJ 08535 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew P. Chigounis, Esquire<br>Rebecca K. McDowell, Esquire<br>Salduitti Law Group<br>1040 N Kings Highway Ste 100<br>Cherry Hill, NJ 08034 | Attorneys for Creditor, Affinity Federal Credit Union | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |