Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  24–11693–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James M. Castello
212 Millstone Rd.
Millstone Township, NJ 08535

Social Security No.:
xxx–xx–0981

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:         9/17/25
Time:         02:00 PM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Jonathan Goldsmith Cohen, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $2,845.05

EXPENSES
$10.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 14, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11693-MBK |
| James M. Castello | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 14, 2025 | Form ID: 137 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Castello, 212 Millstone Rd., Millstone Township, NJ 08535-8512 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 520170602 | | State of New Jersey Division of Taxation, PO Box 261, Trenton, NJ 08695-0261 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2025 21:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2025 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 14 2025 21:19:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520170604 | + | Email/Text: bankruptcycare@affinityfcu.com | Aug 14 2025 21:19:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 520178106 | + | Email/Text: rmcdowell@slgcollect.com | Aug 14 2025 21:19:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520170581 | + | Email/Text: bankruptcycare@affinityfcu.com | Aug 14 2025 21:19:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 520170582 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 21:31:01 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520170583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 21:30:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520170585 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 21:44:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520213995 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2025 21:30:30 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520170587 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 14 2025 21:20:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520170589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 21:31:00 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520170588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 21:44:06 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Aug 14, 2025 | Form ID: 137 | Total Noticed: 36

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520236833 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 21:30:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520190730 | | Email/Text: mrdiscen@discover.com | Aug 14 2025 21:18:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520178370 | | Email/Text: mrdiscen@discover.com | Aug 14 2025 21:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520170592 | + | Email/Text: mrdiscen@discover.com | Aug 14 2025 21:18:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520170590 | + | Email/Text: mrdiscen@discover.com | Aug 14 2025 21:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520170594 | | Email/Text: bankruptcycourts@equifax.com | Aug 14 2025 21:19:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520170595 | ^ | MEBN | Aug 14 2025 21:17:24 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520170596 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2025 21:19:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520170605 | | Email/Text: camanagement@mtb.com | Aug 14 2025 21:20:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520218495 | | Email/Text: camanagement@mtb.com | Aug 14 2025 21:20:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 520170597 | | Email/Text: camanagement@mtb.com | Aug 14 2025 21:20:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520235810 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520232492 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520170599 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520170600 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 520170606 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd., Dayton, OH 45458 |
| 520170601 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520206436 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2025 21:19:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520170603 | | Email/Text: DASPUBREC@transunion.com | Aug 14 2025 21:18:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520171327 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 14 2025 21:43:49 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520170598 | | M1/Deserve Celtic Bank |
| 520170584 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520170586 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520170593 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520170591 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 14, 2025 | Form ID: 137 | Total Noticed: 36
TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew P. Chigounis | on behalf of Creditor Affinity Federal Credit Union achigounis@slgcollect.com  anovoa@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor James M. Castello imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8