UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:     _____

                                                    Chapter:      _____

                                                    Judge:        _____

---

**NOTICE OF PROPOSED PRIVATE SALE**

---

_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
|  |

If an objection is filed, a hearing will be held before the Honorable _____ on _____ at _____ a.m. at the United States Bankruptcy Court, courtroom no. _____, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: |
|---|
|  |

| Proposed Purchaser: |
|---|
|  |

| Sale price: |
|---|
|  |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| |
|---|
| Name of Professional: |
| Amount to be paid: |
| Services rendered: |
| |
| Buyers' and Seller's real estate brokers will be paid commission at closing pursuant to the Contract for Sale.  Debtor will receive his real property exemption of $27,900.  The balance of Debtor's non-exempt proceeds will be paid to the Trustee.  The mortgage liens of M&T Bank and PNC Mortgage must receive the monies necessary to pay the mortgage loans in full at the time of sale and the real property is transferred.  All tax liens shall be paid in full at time of closing. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: _____

Address: _____

Telephone No.: _____

*rev.8/1/15*