UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

Order Filed on October 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES M. CASTELLO,

                  Debtor.

Case No.:        24-11693

Hearing Date:   10/8/25; 9:00 am

Chapter:         13

Judge:           MBK

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 15, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____212 Millstone Road, Millstone Township_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Michael Ivanciu, Esquire |
| Amount to be paid: | $2,150.00 flat legal fee, $45.00 for overnight mail. |
| Services rendered: | Representation of Debtor, James M. Castello, as the Seller of the real property located at 212 Millstone Rd., Millstone Twp., NJ |
| Buyers' and Seller's Real Estate Brokers will be paid commission at closing pursuant to the Contract for Sale. Debtor will receive his real property exemption of $27,900. The balance of Debtor's non-exempt proceeds will be paid to the Trustee. | |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5.  The amount of $   27,900.00   claimed as exempt may be paid to the Debtor.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9.  Other provisions:

1.  The mortgage liens of M&T Bank and PNC Mortgage must receive the monies necessary to pay the mortgage loans in full at the time of sale and the real property is transferred.
2.  All tax liens shall be paid in full at the time of closing.
3.  The remainder of the settlement proceeds are to be submitted to the Trustee as follows: one (1) check made payable to "Albert Russo, Trustee".  Check to contain "Castello Case Number 24-11693 (MBK)" in the memo section for distribution to creditors.  Check to be mailed to Albert Russo, Trustee, PO Box 933, Memphis, TN 38101-0933.
4.  Failure for the sale to complete within ninety (90) days of the entry of said Order will result in the Order Approving Sale to be deemed moot.

*rev.8/1/15*