**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James M. Castello | Social Security number or ITIN   xxx–xx–0981 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   24–11693–MBK

## Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James M. Castello

4/7/26                                  **By the court:** Michael B. Kaplan
                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11693-MBK |
| James M. Castello | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2026 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Castello, 16445 N 109th St, Scottsdale, AZ 85255-9081 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| r | + | Christian Giamanco, 213 Highway 35, Red Bank, NJ 07701-5909 |
| sp | + | Michael Ivanciu, 213 State Route 35, Red Bank, NJ 07701-5909 |
| 520170602 | | State of New Jersey Division of Taxation, PO Box 261, Trenton, NJ 08695-0261 |
| 520171327 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2026 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2026 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Apr 07 2026 20:51:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520170604 | + | Email/Text: bankruptcycare@affinityfcu.com | Apr 07 2026 20:51:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 520178106 | + | Email/Text: rmcdowell@slgcollect.com | Apr 07 2026 20:51:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520170581 | + | Email/Text: bankruptcycare@affinityfcu.com | Apr 07 2026 20:51:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 520170582 | + | EDI: CAPITALONE.COM | Apr 08 2026 00:40:00 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520170583 | + | EDI: CAPITALONE.COM | Apr 08 2026 00:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520170585 | + | EDI: CAPITALONE.COM | Apr 08 2026 00:40:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520213995 | + | EDI: AIS.COM | Apr 08 2026 00:41:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520170587 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Apr 07 2026 20:51:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520170589 | + | EDI: CITICORP | Apr 08 2026 00:40:00 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |

| Recip ID | Bypass Reason | | Address |
|---|---|---|---|
| 520170588 | + | EDI: CITICORP | |
| | | Apr 08 2026 00:40:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520236833 | | EDI: CITICORP | |
| | | Apr 08 2026 00:40:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520190730 | | EDI: DISCOVER | |
| | | Apr 08 2026 00:40:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520178370 | | EDI: DISCOVER | |
| | | Apr 08 2026 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520170592 | + | EDI: DISCOVER | |
| | | Apr 08 2026 00:40:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520170590 | + | EDI: DISCOVER | |
| | | Apr 08 2026 00:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520170594 | | Email/Text: bankruptcycourts@equifax.com | |
| | | Apr 07 2026 20:51:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520170595 | ^ | MEBN | |
| | | Apr 07 2026 20:47:43 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520170596 | | EDI: IRS.COM | |
| | | Apr 08 2026 00:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520170605 | | Email/Text: camanagement@mtb.com | |
| | | Apr 07 2026 20:51:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520218495 | | Email/Text: camanagement@mtb.com | |
| | | Apr 07 2026 20:51:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 520170597 | | Email/Text: camanagement@mtb.com | |
| | | Apr 07 2026 20:51:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520235810 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 07 2026 20:50:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520232492 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 07 2026 20:50:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520170599 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 07 2026 20:50:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520170600 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 07 2026 20:50:00 | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 520170606 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 07 2026 20:50:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520170601 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 07 2026 20:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520206436 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Apr 07 2026 20:50:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520170603 | | Email/Text: DASPUBREC@transunion.com | |
| | | Apr 07 2026 20:50:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520170598 | | M1/Deserve Celtic Bank |
| 520170584 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520170586 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520170593 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520170591 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0312-3                            User: admin                            Page 3 of 3
Date Rcvd: Apr 07, 2026                         Form ID: 3180W                         Total Noticed: 38

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                 Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew P. Chigounis | on behalf of Creditor Affinity Federal Credit Union achigounis@slgcollect.com  anovoa@slgcollect.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor James M. Castello imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor M&T BANK laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9